# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED OF OMAHA LIFE INSURANCE COMPANY,<br><br>    Plaintiff-in-Interpleader,<br><br>    v.<br><br>PAUL ANDERSON; JAMES ANDERSON; and DOES 1 through 10, inclusive<br><br>    Defendants-in-Interpleader. | Case No. 4:25-cv-04403-EMC<br><br>(Honorable Edward M. Chen)<br><br>[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE<br><br>[FRCP 41(a)(1)]<br><br>Complaint Filed: May 22, 2025 |

# [PROPOSED] ORDER

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice as to all parties.

**IT IS SO ORDERED.**

Dated: __October 9__, 2025

_____
Honorable Edward M. Chen
United States District Court Judge